UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Case Number: 2:19-CR-96 |
| ) | |
| **JOSHUA CAINE MITCHELL** ) | |

## MOTION TO ADOPT MOTION OF CO-DEFENDANT

COMES NOW Defendant, Joshua Caine Mitchell, by and through undersigned counsel, and moves the Court to adopt for the same and/or similar reasons document number 413, Motion to Continue Motion Deadline, Pretrial Conference, Plea Deadline and Trial Date, filed by co-defendant Amy Laura Leonard.

Respectfully Submitted,

/s/Jim R. Williams
JIM R. WILLIAMS, ESQ.
Attorney for Defendant Joshua Caine Mitchell
324 Cherokee Street
Kingsport, TN 37660
Telephone: (423) 230-0006
Facsimile: (423) 230-0009
Email: Jim@tnvaattorney.com
TN BPR No. 18466 / VA State Bar No. 87061

## CERTIFICATE OF SERVICE

  I hereby certify that on the 27th day of August, 2020, I filed the foregoing Motion to Adopt Motion of Co-Defendant via the CM/ECF system which will send notification of such filing to all other interested parties. All other parties will be served by regular U.S. Mail.

               /s/ Jim R. Williams
               JIM R. WILLIAMS, ESQ.